UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-2365-SVW (JEM) | Date | Nov. 23, 2015 |
|---|---|---|---|
| Title | RAYNALDO SALAZAR v. RON E. BARNES | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|
| S. Anthony | |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE WHY MOTION TO DISMISS SHOULD NOT BE DENIED AS MOOT

On December 16, 2013, Raynaldo Salazar ("Petitioner") filed a Petition for Writ of Habeas Corpus.

On April 16, 2014, Respondent filed a Motion to Dismiss the Petition as fully unexhausted.

On June 3, 2014, the Court issued a Report and Recommendation recommending that the Motion to Dismiss be granted. On June 23, 2014, Petitioner filed Objections to the Report and Recommendation, which included a request for appointment of counsel. On June 25, 2014, the Court granted Petitioner's request for appointment of counsel and appointed the Office of the Federal Public Defender to represent Petitioner. On September 8, 2014, Petitioner filed a Statement Regarding and Objections to Report and Recommendation. Thereafter, the case was under review by the District Judge.

On November 18, 2015, Petitioner filed a Notice of Exhaustion of State Remedies, in which he states that all claims in the Petition are now fully exhausted and attaches various state court documents that appear to demonstrate exhaustion.

Accordingly, Respondent is HEREBY ORDERED TO SHOW CAUSE why the Motion to Dismiss should not be deemed moot, in light of Petitioner's apparent exhaustion of state remedies. Respondent shall file a written response to this Order no later than December 7, 2015. If Respondent concedes that the Motion to Dismiss is

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 13-2365-SVW (JEM) | Date | Nov. 23, 2015 |
|---|---|---|---|
| Title | RAYNALDO SALAZAR v. RON E. BARNES | | |

moot, he should withdraw it. If, however, Respondent contends that the Motion to Dismiss is not moot, he shall state specifically which claims he contends are still not exhausted and why they remain unexhausted following the state court habeas proceedings.

    IT IS SO ORDERED.


cc:    Parties

|  | : |
|---|---|
| Initials of Preparer | sa |