# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNALDO SALAZAR,<br><br>      Petitioner,<br><br>      v.<br><br>RON E. BARNES, Warden,<br><br>      Respondent. | Case No. EDCV 13-2365-SVW (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: January 31, 2019

                                            STEPHEN V. WILSON
                                      UNITED STATES DISTRICT JUDGE